```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 24171
   LAVELL RUCKER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8116

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/21/2007 and was confirmed 03/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED              .00               .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00              .00               .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE   10617.99              .00               .00
UNITED AUTO CREDIT CORP   SECURED VEHIC    7000.00           662.94           3606.41
IRWIN HOME EQUITY         CURRENT MORTG        .00              .00               .00
IRWIN HOME EQUITY         MORTGAGE ARRE     580.66              .00               .00
UNITED AUTO CREDIT CORP   UNSECURED        6237.77              .00               .00
CARL B BOYD               DEBTOR ATTY     3,374.00                            1,852.73
TOM VAUGHN                TRUSTEE                                               517.92
DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  6,640.00

PRIORITY                                                    .00
SECURED                                                3,606.41
   INTEREST                                              662.94
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,852.73
TRUSTEE COMPENSATION                                     517.92
DEBTOR REFUND                                               .00
                        ---------------           ---------------
TOTALS                   6,640.00                      6,640.00




                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 24171 LAVELL RUCKER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 07 B 24171 LAVELL RUCKER